UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>HARRIS GRANT FLEMING,<br><br>        Defendant. | Case No. 2:25-mj-00363-MDC<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Due to issues downloading and gaining access to discovery provided by the Government on September 5, 2025, counsel for the defendant needs additional time to conduct investigation in this case in order to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or will be resolved through negotiations.

2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

. . .

. . .

3

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

**ORDER**

IT IS THEREFORE ORDERED that the parties herein shall have to and including October 3, 2025 to file any and all pretrial motions and notice of defense.

IT IS FURTHER ORDERED that the parties shall have to and including October 17, 2025 to file any and all responses.

IT IS FURTHER ORDERED that the parties shall have to and including October 24, 2025 to file any and all replies.

IT IS FURTHER ORDERED that the trial currently scheduled for October 29, 2025, at the hour of 9:30 a.m., be vacated and continued to  December 3, 2025  at the hour of  9:00  a .m.

DATED this  19th  day of September, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

4