**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>HARRIS GRANT FLEMING,<br>Defendant. | Case No. 2:25-mj-00363-MDC<br>**ORDER** |

IT IS THEREFORE ORDERED that the status check currently scheduled on August 6, 2026, at 9:30 a.m., be vacated and continued to September 10, 2026 at the hour of 1:30 p.m.

DATED this 5th day of August, 2026.

UNITED STATES MAGISTRATE JUDGE