**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

HARRIS GRANT FLEMING,

Defendant.

Case No. 2:25-mj-00363-MDC

ORDER

The Court finds that Mr. Fleming has completed the special conditions of his unsupervised probation in accordance with his plea agreement and sentence.

IT IS THEREFORE ORDERED that Mr. Fleming is permitted to withdraw his guilty plea to Count One: Operating a Motor Vehicle Under the Influence of Drugs.

IT IS FURTHER ORDERED that the Court, consistent with the plea agreement and sentence, enters a plea of guilty to Amended Count One: Reckless Driving.

IT IS FURTHER ORDERED that the status conference set for November 19, 2026, at 1:30 PM is vacated.

IT IS FURTHER ORDERED this case is closed.

DATED this 1st day of October, 2026.

UNITED STATES MAGISTRATE JUDGE